# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

JOE EDWARD MANEY

**FILED IN COURT ASHEVILLE, N. C.**

**JUN - 6 2005**

**U. S. DISTRICT COURT W. DIST. OF N. C.**

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:05mj15

USM Number:
Jack Stewart
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) ONE
- _  pleaded guilty to violation(s)
- _  pleaded not guilty to count(s)
- _  pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:113(a)(5);1152 | Assault | 12/22/04 | ONE |

- X  Counts(s) TWO, THREE, FOUR, FIVE, SIX (is)(are) dismissed on the motion of the United States.
- _  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- _  Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be placed on SUPERVISED PROBATION for ONE (1) YEAR, under standing general conditions and the following SPECIAL CONDITIONS:

1. Do Not go on the premises of the home or employment of Trina Rhinehart and Jim Panther. Defendant may be on the premises of Trina Rhinehart for exchange of child for visitation purposes;
2. Do Not communicate in fashion with Trina Rhinehart and Jim Panther;
3. Do Not go within 100 yards of Trina Rhinehart and Jim Panther;
4. Do Not assault, threaten Trina Rhinehart and Jim Panther;
5. Do Not consume any alcohol during the period of probation;
6. Do Not use any narcotic drugs unless prescribed by a physician during the period of probation;
7. Defendant to remain employed and support dependents;
8. Not violate any state, federal, local or tribal laws;
9. Make restitution in full when informed by the U. S. Attorney of the amount;
10. Pay a fine in the amount of $750 and $10 assessment.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: June 01, 2005

_____
Signature of Judicial Officer

Date: Jun 6 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal