# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (Petty / Misdemeanor Offenses) |
| V. | Case Number: 2:05mj15-01 |
| JOE EDWARD MANEY | USM Number: |
| | Jack Stewart |
| | Defendant's Attorney |

FILED IN COURT ASHEVILLE, N.C. JAN 1 0 2006 U.S. DISTRICT COURT W. DIST. OF N.C.

**THE DEFENDANT:** SEE ATTACHED JUDGMENT FILED JUNE 06, 2005

**IMPOSITION OF SENTENCE:** JANUARY 09, 2006 - RECALLED for probation revocation hearing. The Court after hearing the evidence, revokes the probationary judgment and enters the following: That the defendant be imprisoned for THIRTY EIGHT (38) DAYS with credit for time served and the following conditions as originally ordered:

1. Pay a fine in the amount of $750 and $10 assessment;
2. Restitution in the amount of $550;
3. Do not go on the premises of the Cherokee Indian Reservation for a period of ONE (1) YEAR except for the sole purpose of visitation or custody purposes of said child. Defendant to arrive and depart on direct route of the Cherokee Indian Reservation.
4. Do not contact Jim Panther for a period of ONE (1) YEAR;
5. Do not contact Trina Rhinehart for a period of ONE (1) YEAR other than for purposes of child visitation or child custody.

The fine, assessment and restitution is due by February 09, 2006.

Defendant's Soc. Sec. No.:

Date of Imposition of Sentence: January 09, 2006

Signature of Judicial Officer

Defendant's Mailing Address:

Date: 10 Janry 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal